IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-00346-M-2

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DAYON SHAIKEL SURRETT,<br><br>  Defendant. | ORDER |

This matter comes before the court on Defendant's pro se Motion to Have Court Documents Sent for Legal Purposes. [DE 156]. Defendant requests that the court provide a copy of the Presentence Investigation Report, transcript for his sentencing hearing, docket sheet, and judgment. *Id.* For the following reasons, the motion is DENIED.

Pursuant to 28 U.S.C. § 1914(b), "the clerk shall collect from the parties such . . . fees only as are prescribed by the Judicial Conference of the United States." 28 U.S.C. § 1914(b). Courts are authorized to provide free copies of transcripts and court records to indigent litigants "upon a showing by the litigant of a particularized need for the documents." *United States v. Gallo*, 1988 WL 60934, at *1 (4th Cir. May 31, 1988). An indigent is not entitled to free copies "merely to comb the record in the hope of discovering some flaw." *United States v. Glass*, 317 F.2d 200, 202 (4th Cir. 1963).

Defendant asserts that "[t]he aforementioned [documents] are necessary for the movant to pursue his legal rights afford[ed] to him by the constitution, statutes, and laws of the [United States]." [DE 156 at 1]. Defendant does not identify a cause of action or any other basis for relief. In that absence, requesting documents to pursue "legal rights" is not the type of particularized need

contemplated by the statute and caselaw, so the motion is DENIED. *See Gallo*, 1988 WL 60934, at *1.

Defendant may obtain copies of the Presentence Investigation Report, docket sheet, and judgment by filing a request to the Clerk of Court. The Clerk's Office will fulfill copy requests (subject to availability) at a cost of fifty (50¢) cents a page. The request may be mailed to the following address:

> Attention: Copy Request System
> United States Clerk's Office
> P.O. Box 25670
> Raleigh, North Carolina 27611

Defendant may obtain a copy of his sentencing transcript by making a request to the official court reporter. Payment is to be made by certified check or money order, made payable to Risa Kramer, and mailed to the following address:

> Risa Kramer
> Alton Lennon Federal Building
> 2 Princess Street
> Wilmington, North Carolina 28401

SO ORDERED this 20th day of November, 2024.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE